BRIDGET McGRATH et al., Respondents, v. HEMAN CONSTRUCTION COMPANY, Appellant.

St. Louis Court of Appeals, February 3, 1914.

SUPREME COURT: Jurisdiction of Cases Formerly Before It: Act of 1911. Under the Act of 1911 (Laws 1911, p. 190), an appeal in an action in which the Supreme Court has made a decision and ruling must be transferred to that court.

TRANSFERRED TO SUPREME COURT.

*Rodgers* and *Koerner* for appellant.

*H. A. Loevy* for respondent.

PER CURIAM.—It appears that the Supreme Court of this State has heretofore made a decision and ruling in this cause, as see Bridget McGrath et al. v. City of St. Louis & Heman Construction Co., 215 Mo. 191, 114 S. W. 611. That appearing under the provisions of the act of March 30, 1911, amending section 3937, Revised Statutes 1909 (Acts 1911, p. 190), as construed by the Supreme Court in Curtis v. Sexton, 252 Mo. 221, 159 S. W. 512, decided June 2, 1913, the cause must be transferred to the Supreme Court. the Supreme Court.

It is so ordered. All concur.